Merrill *vs.* Aubin Gas Co.

---

## MERRILL vs. AUBIN GAS CO. FOR CALIFORNIA.

*Twelfth District Court for San Francisco Co., Jan. T.*, 1858.

. SUMMONS—WRIT OF ATTACHMENT.

A summons is not "issued," within the meaning of the practice act, until it is taken from the clerk's office, with the intent to be served.

The practice act provides that a certified copy of the complaint shall be served with the summons, and hence the placing a summons in the hands of an officer, before a copy of the complaint is issued by the clerk, is evidence that the summons was not issued with intent to be served until a copy of the complaint should be furnished.

On motion to discharge a writ of attachment. The material facts are given in the opinion.